LAHMAN, Respondent, v. HASTINGS et al., Appellants

(54 N. W.2d 168)

(File No. 9267. Opinion filed June 24, 1952)

**Richard M. Balsiger,** Britton, for Plaintiff and Respondent.

**L. R. Gustafson,** Britton, for Defendants and Appellants.

SICKEL, P. J. This is another appeal from an order denying an application to set aside an execution. The parties and the issues are substantially the same as in Lahman v. Hastings, 74 S.D. 431, 54 N.W.2d 166. For the reasons there stated the order is also affirmed in this case.

All the Judges concur.